No. 879. MAYER v. ILLINOIS NORTHERN RAILWAY. C. A. 7th Cir. Certiorari denied. *James A. Dooley* for petitioner. *Floyd Stuppi* for respondent. █

No. 885. DROP DEAD CO., INC., DOING BUSINESS AS PARAMOUNT CHEMICAL CO., ET AL. v. S. C. JOHNSON & SON, INC. C. A. 9th Cir. Certiorari denied. *Almon S. Nelson* for petitioners. *Beverly W. Pattishall* for respondent. █

No. 886. HUGHES v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Eugene Gressman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States. █

No. 888. KASLOW, DOING BUSINESS AS J. C. MARTIN CO. ET AL., v. DIXON ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Miles Warner* and *Walter D. Hansen* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for respondents.

No. 891. CONNER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Wesley R. Asinof* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. █

No. 892. PALMER v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller* and *Philip R. Monahan* for the United States.